RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 1/26/11
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| HENRIETTA WILKINSON, et al | CIVIL ACTION NO. 10-1495 |
| -vs- | JUDGE DRELL |
| WAL-MART LOUISIANA, LLC, *et al.* | MAGISTRATE JUDGE KIRK |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Motion to Remand and for attorney fees, **Doc. #18 is DENIED.**

THUS DONE AND SIGNED, in chambers, in Alexandria, Louisiana, on this 25 day of January, 2011.

Dee D. Drell
UNITED STATES DISTRICT JUDGE